No. 8467.

OWEN v. THE UNITED STATES SUING FOR USE OF THE MONTROSE
HARDWARE COMPANY, ET AL.

*Error to Montrose District Court, Black, Judge.*

Affirmed in part on the authority of No. 8434. ·

Opinion by White J.

K. B. TOWNSENND, for plaintiff in error.

HARRY B. TEDROW, MORRIS & GRANT, SMITH, BROCK & FERGUSON,
RAYMOND J. McPHEE, CATLIN & BLAKE, SHERMAN & SHERMAN for
defendants in error.

Mr. Justice White delivered the opinion of the court.

Each party to this case is a party, either as plaintiff in error or
defendant in error, to case No. 8434, which has just been determined.

The controlling facts of the cases are identical and constituted but
one case in the trial court.   After judgment in this court the cases
were consolidated.   The opinion in No. 8434 determines the questions
in this case and the same orders there entered will be entered here.
*Judgment affirmed in part and reversed in part.*
Chief Justice Hill and Mr. Justice Bailey concurring.